IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| THE MONTGOMERY COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:02cv958-MHT |
| EXPORT INSURANCE AGENCY and PAUL BOYNTON, | ) ) ) | (WO) |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation for dismissal with prejudice (doc. no. 42), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with cost taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of May, 2006.

                                         /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE